IN THE UNITED STATES GENERAL DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA:
HARRISONBURG DIVISION

**CRISTOBAL JUAREZ,**
          **PLAINTIFF,**

v.                                             Case No.: 5:22-CV-00043

**EXECUTIVE AUTO LLC**
**WESTERN FUNDING II INC.,**
          **DEFENDANTS.**

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, CRISTOBAL JUAREZ, by and through his attorney, ELAINE L. JARVIS, and moves this Honorable Court for entry of an order for default judgment against Defendant Executive Auto LLC, and in support thereof states as follows:

1. This Court ordered the following in an April 26, 2023 Order:

   Accordingly, within fourteen (14) days from the date of this Order, Defendant Executive Auto LLC must retain a licensed attorney and have that attorney enter his or her appearance on its behalf in this matter. Defendant Executive Auto LLC's failure to comply with this Order may result in an order directing that Defendant to show cause why the Court should not impose sanctions, including entering default judgment against it.

2. Executive Auto, LLC has not retained counsel as ordered by this Court.

3. The Defendant has, by all accounts, absconded from its former business address and is no longer doing business in the Commonwealth.

4. The Plaintiff has requested that this Court sanction the Defendant, and in this request for sanctions, has requested entry of default judgment.

5. Pursuant to FRCP R. 55(b)(1), the Plaintiff has made a claim for a sum certain or for a sum that can be made certain by computation with an affidavit showing the amount due. *See* Exh. 1, Affidavit of Plaintiff.

6. In the alternative, and if the Court deems it necessary to effectuate judgment, Plaintiff requests this Court hold a hearing to determine the amount of damages. *See* FRCP R. 55(b)(2).

WHEREFORE, Plaintiff motions this Court to order the clerk to enter default judgment and award damages and costs against Defendant, as well as attorney's fees, as set forth in the attached Affidavit, or, in the alternative, to hold a hearing to determine the appropriate amount of damages, costs and attorney's fees.

Respectfully submitted,
CRISTOBAL JUAREZ
By Counsel

Elaine Jarvis, VSB No. 41623
JARVIS LAW PLLC
Counsel for Plaintiff
128 North Royal Avenue
Front Royal, VA 22630
(tel): (540) 546-0220
(fax): (540) 549-0229
(email): elaine@jarvislaw.org

## CERTIFICATE OF SERVICE

I hereby certify that this 18th of July, 2023, I have served a copy this Motion for Default Judgment on the following:

Executive Auto, LLC
699 N Loudoun St
Winchester, VA, 22601
Attn: RA Hatef Kandi

And to Forwarding Address:
Executive Auto, LLC
8242 Heritage Crossing Ct
Manassas, VA 20109

Michael K. Kim
BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Email: mkim@bklawva.com
Counsel for Western Funding

_____
Elaine L. Jarvis, Esq.