## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **CRISTOBAL JUAREZ,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 5:22-cv-043** |
| ) | |
| **v.** ) | **By:   Michael F. Urbanski** |
| ) | **Chief United States District Judge** |
| **EXECUTIVE AUTO LLC, and** ) | |
| **WESTERN FUNDING II INC, d/b/a** ) | |
| **Western Funding, Inc.** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, Juarez's motion

for default judgment is **GRANTED**. The Clerk shall enter judgment against Executive Auto

LLC in the amount of $100,889.19 in treble damages and $20,322 in attorney's fees and

strike this case from the court's active docket.

It is **SO ORDERED**.

Entered: January 18, 2024

Michael F. Urbanski
Chief United States District Judge